UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEITH HAESEMEYER, ET AL., ) | Case No.: C-12-02462 PSG |
| ) | |
| Plaintiffs, ) | **ORDER TO SHOW CAUSE** |
| v. ) | |
| ) | |
| AMERICA'S WHOLESALE LENDER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On September 4, 2012, a case management conference was scheduled to be held. None of the parties appeared for it. Accordingly,

IT IS HEREBY ORDERED that no later than September 25, 2012, Plaintiffs Keith Haesemeyer and Maria Haesemeyer are ordered to show cause in writing why the case should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Case No.: C 12-02462 PSG
ORDER TO SHOW CAUSE

1 | IT IS SO ORDERED.

Dated: 9/6/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 12-02462 PSG
ORDER TO SHOW CAUSE