UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEITH HAESEMEYER, ET AL.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>AMERICA'S WHOLESALE LENDER, ET AL.,<br><br>　　　　　　　　Defendants. | Case No.: C 12-02462 PSG<br><br>**ORDER DISMISSING CASE** |

On September 6, 2012, the court ordered Keith Haesemeyer ("Haesemeyer") to show cause no later than September 25, 2012, why the case should not be dismissed for failure to prosecute.[1]

Haesemeyer did not respond to the order to show cause. Accordingly, the case is dismissed.

Dated: November 15, 2012

　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 8.

Case No. C 12-02461 PSG
ORDER DISMISSING CASE